UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


EDWIN LEROY SHEPPARD,

        Petitioner,

                                        File No:  2:07-CV-132

v.

                                        HON. ROBERT HOLMES BELL

WARDEN JEFF WHITE,

        Respondent.

_____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On December 23, 2009, Magistrate Judge Timothy P. Greeley issued a Report and

Recommendation ("R&R") recommending that Petitioner Edwin Leroy Sheppard's petition

for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied.  (Dkt. No. 42, R&R.)  The

R&R was duly served on the parties.  More than ten days have elapsed since service of the

R&R and no objections have been filed.  Instead, on January 14, 2010, Petitioner filed a

proposed amended petition for writ of habeas corpus.  (Dkt. No. 43.)

The Court has reviewed the R&R and is satisfied with its disposition of the case.  The

Court has also reviewed Petitioner's proposed amended petition.  The proposed amended

petition (Dkt. No. 43) is actually a proposed **second** amended petition.  Petitioner filed a first

amended petition before the R&R was entered.  (Dkt. No. 39.)  Petitioner's proposed second

amended petition is identical to his first amended petition, except that certain paragraphs

have been redacted.  Petitioner's proposed second amended petition does not raise any

specific objections to the R&R, nor would consideration of the proposed second amended petition call for a different analysis or a different result than that proposed in the R&R. Accordingly,

**IT IS HEREBY ORDERED** that the December 23, 2009, R&R (Dkt. No. 42) is **APPROVED and ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, as amended (Dkt. Nos. 1, 39) is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**. 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473 (2000).


Dated: <u>April 30, 2010</u>                                    /s/ Robert Holmes Bell
                                                                                    ROBERT HOLMES BELL
                                                                                    UNITED STATES DISTRICT JUDGE